JOSEPH GEDEON, Respondent, *v.* DAILY MIRROR, INC., Appellant.

Submitted November 25, 1942; decided January 7, 1943.

*Charles Henry* for appellant.
*John Schulman* and *Alan S. Hays* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.